UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR SWANSON | ) | JUDGE PAUL R. MATIA |
| | ) | |
| Plaintiff | ) | CASE NO. 1:04CV0618 |
| | ) | |
| -vs- | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| MARGARET BRADSHAW, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

      Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry,

      It is ordered that the motion of the defendants for summary judgment is granted upon the ground that there is no genuine issue as to any material fact. Judgment is for the defendants as a matter of law.

      IT IS SO ORDERED.


Date: May 23, 2005.                    <u>/s/ Paul R. Matia</u>
                                                  UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

      A copy of this Judgment Entry was filed electronically this 23rd day of May, 2005. Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system. A copy of this Judgment Entry has also been sent by regular mail this 23rd day of May, 2005 to Arthur Swanson, #378-663, Mansfield Correctional Institution, P. O. Box #788, 1150 North Main Street, Mansfield, Ohio 44901

/s/ Paul R. Matia
UNITED STATES DISTRICT JUDGE

2